# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zoccolillo, Anthony                                    Cr.: 01-00053-001

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 4/3/02

Original Offense: Importation of Ecstacy

Original Sentence: Thirty-three months custody, three years supervised release, drug treatment, financial disclosure, and a $100 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/8/04

Assistant U.S. Attorney: Carolyn Murray, 970 Broad Street, Room 502, Newark, New Jersey 07101, 973-645-2700
Defense Attorney: Thomas J. Lee, 991 Morris Park Avenue, Bronx, New York

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 22, 2007, the Southern District of California Probation Office was alerted by the San Diego Police Department that the offender was involved in a property rental scam. The investigative report states the offender and his associates were illegally accessing the Multiple Listing Service, allowing them access to home sales. This information was then used to set up bogus interviews and obtain finances from unknowing victims. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/1/07

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 22 Oct 07
[ ] No Action
[ ] Other

Signature of Judicial Officer

2 Oct 07
Date