PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zoccolillo, Anthony                                              Cr.: 01-00053-001

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 4/3/02

Original Offense: Importation of Ecstacy

Original Sentence: Thirty-three months custody, three years supervised release, drug treatment, financial disclosure, and a $100 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/8/04

Assistant U.S. Attorney: Carolyn Murray, 970 Broad Street, Room 502, Newark, New Jersey 07101, 973-645-2700
Defense Attorney: Thomas J. Lee, 991 Morris Park Avenue, Bronx, New York

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On December 28, 2007, Mr. Zoccolillo was convicted in the County of San Diego, California and charged with Conspiracy to Commit a Crime, along with two counts of Grand Theft of Property. He was sentenced to a two year custodial term, and is presently being held at a California Department of Corrections facility. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 4/13/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

21 April 2008